# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE W.N.
CONNELL AND MARJORIE T.
CONNELL LIVING TRUST, DATED
MAY 18, 1972 AN INTER VIVOS
IRREVOCABLE TRUST.

ELEANOR CONNELL HARTMAN
AHERN,
Appellant,
vs.
BROWNSTEIN HYATT FARBER
SCHRECK, LLP,
Respondent.

No. 72766

FILED

MAY 18 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on April 7, 2017, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: Elizabeth A Brown

cc:     Hon. Gloria Sturman, District Judge
        Eleanor Connell Hartman Ahern
        Brownstein Hyatt Farber Schreck, LLP/Las Vegas
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-16749